NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROBERT F. BISHOP,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7059

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-1178, Judge Robert N. Davis.

---

**ON MOTION**

---

**ORDER**

Upon consideration of Robert F. Bishop's motion to voluntarily withdraw his appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2)  Each side shall bear its own costs.

FOR THE COURT

APR 2 2 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Kenneth M. Carpenter, Esq.
     Michael S. Macko, Esq.

s21

Issued As A Mandate:  APR 2 2 2011
                      _____

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 2 2 2011

JAN HORBALY
CLERK